IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOY JAMES CHANDLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. PHILIP GUTTIERREZ, et al.,<br><br>　　　　Defendants. | No. C 13-05865 HRL (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE COMPLETE** *IN FORMA PAUPERIS* **APPLICATION** |

　　　　Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983, and an application for leave to proceed In Forma Pauperis ("IFP"). (Docket Nos. 2 and 6.) Plaintiff's last application is deficient because it does not include a Certificate of Funds in prisoner's account completed and signed by an authorized officer of the institution. (Docket No. 6.) In the interest of justice, Plaintiff shall be granted an extension of time to file a complete IFP application.

　　　　Plaintiff shall file the necessary document to complete his IFP application **no later than twenty-eight (28) days** from the filing date of this order. The Clerk is directed to send a courtesy copy of this order to the trust account office of San Quentin State Prison where Plaintiff is located.

　　　　The Clerk shall enclose two blank Certificate of Funds with a copy of this order to Plaintiff.

DATED: 4/15/14

HOWARD R. LLOYD
United States Magistrate Judge

Order Granting Motion for EOT to File Complete IFP App.
P:\PRO-SE\HRL\CR.13\05865Chandler_eot-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FOY JAMES CHANDLER,         Case Number CV 13-05865 HRL (PR)

    Plaintiff,

v.                        **CERTIFICATE OF SERVICE**

R. PHILIP GUTTIERREZ, et al.,

    Defendants.

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____4/10/2014_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Foy James Chandler**
A56212
San Quentin State Prison
San Quentin, CA 94974

DATED: __4/10/2014__  P. Cromwell, deputy
                                        Richard W. Wieking, Clerk