IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FOY JAMES CHANDLER, | ) | No. C 13-05865 HRL (PR) |
| Plaintiff, | ) | **ORDER OF TRANSFER** |
| v. | ) | |
| R. PHILIP GUTTIERREZ, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against medical officials at the Federal Bureau of Prisons in Victorville, California. Plaintiff claims that Defendants provided inadequate medical care with respect to a spinal cord injury and infectious disease. Because the acts complained of occurred in San Bernardino County, which lies within the venue of the Eastern Division of the Central District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern Division of the Central District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

DATED: 6/2/14

HOWARD R. LLOYD
United States Magistrate Judge

Order of Transfer
P:\PRO-SE\HRL\CR.13\05865Chandler_transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FOY JAMES CHANDLER,

    Plaintiff,

v.

R. PHILIP GUTIERREZ, et al.,

    Defendants.

Case Number: CV13-05865 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __6/3/2014__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Foy James Chandler AS 6212
Correctional Training Facility
P. O. Box 689
Soledad, CA 93960-0689

Dated: __6/3/2014__

P. Cromwell, deputy
Richard W. Wieking, Clerk